# EXHIBIT B

 Instagram            Search            Get the app    Sign up | Log in

 **realdonaldtrump**    Follow



**realdonaldtrump** #TrumpTrain

load more comments

**scorpyderpy** COCONUT COCONUT SHARKS IN THE WATER

**falloutatthepilotsdisco** TRUMP LEAKED HEATHENS

**spooky.megu** TRUMP LEAKED HEATHENS

**spooky.megu** TRUMP LEAKED HEATHENS

**spooky.megu** TRUMP LEAKED HEATHENS

**spooky.megu** TRUMP LEAKED HEATHENS



**27,871 likes**

JANUARY 8, 2016

**Log in** to like or comment.    ...

Sign up to see photos and videos from your friends.    Sign up