UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE DERMANSKY<br><br>                    Plaintiff,<br><br>v.<br><br>TRUMP ORANIZATION LLC<br><br>                    Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:17-cv-4714-JPO |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Julie Dermansky hereby gives notice that a settlement has been reached between the parties and that this notice serves as as dismissal of this action with prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: August 2, 2017
_____
*Attorneys for Plaintiff Julie Dermansky*

SO ORDERED:

  _____
  Hon. J. Paul Oetken

1